# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Norman, Jeffrey P. | 2. Court or Organization  United States Bankruptcy, Western District of Louisiana | 3. Date of Report  05/23/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address  300 Fannin St. Suite 4400  Shreveport, LA 71101 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 05/23/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Texas Consumer Bankruptcy Conference | July 15 and 16, 2016 | Galveston, TX | Participant in Annual Bankruptcy Seminar | Mileage, Lodging and Food |
| 2. | 5th Circuit Bankruptcy Bench Bar Conference/Center for American and International Law | February 24, 25 and 26 | New Orleans, LA | Participant in Biannual Bankruptcy Seminar | Mileage, Lodging and Food |
| 3. | National Conference of Bankruptcy Judges | October 27, 28 and 29 | San Francisco, CA | Participant in Annual Bankruptcy Seminar | Lodging |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Credit Card | J |
| 2. | Citibank | Credit Card | J |
| 3. | Synchrony Bank | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Norman, Jeffrey P. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1. Frost Bank Accounts | A | Interest | K | T | | | | | |
| 2. Tom Root Notes | E | Interest | N | T | | | | | |
| 3. Vanguard - SEP/IRA | E | Int./Div. | P1 | T | | | | | |
| 4. -Vanguard 500 Index Fund (VFIAX) | C | Dividend | M | T | | | | | |
| 5. -Vanguard Balanced Index Fund(VBIAX) | C | Int./Div. | M | T | | | | | |
| 6. -Vanguard Dividend Growth Fund (VDIGX) | C | Dividend | M | T | | | | | |
| 7. -Vanguard Intermediate-Term Bond ((VFIDX) | C | Interest | M | T | | | | | |
| 8. -Vanguard Prime Money Market (VMMXX) | A | Interest | J | T | | | | | |
| 9. -Vanguard REIT Index (VGSLX) | C | Dividend | M | T | | | | | |
| 10. -Vanguard Target Retirement 2030 (VTHRX) | C | Int./Div. | M | T | | | | | |
| 11. -Vanguard Total International Stock Index (VTIAX) | D | Dividend | N | T | | | | | |
| 12. -Vanguard Total Stock Index (VTSAX) | C | Dividend | M | T | | | | | |
| 13. -Vanguard Wellsely Income Fund (VMIAX) | C | Int./Div. | M | T | | | | | |
| 14. -Vanguard Short Term Bond Index (VBISX) | A | Int./Div. | J | T | Buy | 01/13/16 | J | | |
| 15. Vanguard -Variable Annuity | C | Int./Div. | M | T | | | | | |
| 16. -WA-Balanced | B | Int./Div. | L | T | | | | | |
| 17. -WA-Growth | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -WA-International | C | Dividend | L | T | | | | | |
| 19. Vanguard - Munciple Bond Account | E | Interest | O | T | | | | | |
| 20. -AUSTIN TX CMNTY CLLG DIST PUB FAC LES REV HAYS B/E | A | Interest | K | T | | | | | |
| 21. -BEXAR CNTY TX CTF OBILG FLOOD CTL DB B/E CPN | A | Interest | J | T | | | | | |
| 22. -CA HOUSING FINANCE AGENCY REV SER E FGIC B/E AMT CPN | A | Interest | | | Redeemed | 08/01/16 | J | | |
| 23. -CAMERON CNTY TX CTF OBLIG ASRD GTY B/E DB OID | A | Interest | K | T | | | | | |
| 24. -CITIZENS PPY INS CRP FL RFD SRSECD HIGH RICH ACCT A NPFG REVB/E CPN | A | Interest | J | T | | | | | |
| 25. -CLARK CNTY NV SCH DIST SCH SER C DB NPFG B/E PTC CPN | A | Interest | J | T | | | | | |
| 26. -CLARK CNTY NV SCH DIST SER B DB B/E PTC CPN | A | Interest | J | T | | | | | |
| 27. -CONROE TX CTF OBLIG DB AGM B/E OID | A | Interest | K | T | | | | | |
| 28. -CORPUS CHRISTI TX RFDG GENL IMPT SER B B/E OID | A | Interest | K | T | | | | | |
| 29. -CORPUS CHRISTI TX GENL IMPT ASRD GTY PTC CPN | A | Interest | K | T | | | | | |
| 30. -DENTON TX INDPT SCH DIST RFDG B/E PSF GTD CAB | A | Interest | | | Redeemed | 08/15/16 | K | | |
| 31. -EL PASO TX AGM B/E CID | A | Interest | J | T | | | | | |
| 32. -FLORIDA ST BRD ED PKG FAC REV UNIV AGM OID | A | Interest | J | T | | | | | |
| 33. -FORT BEND CNTY TX RFFDG B/E CPN | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -FORT BEND TX INDPT SCH DIST SCH BLDG PSF GTD B/E CPN | A | Interest | | | Redeemed | 08/15/16 | K | | |
| 35. -FORT BEND TX INDPT SCH DIST RFDG B/E PST GTD CPN | A | Interest | J | T | | | | | |
| 36. -GREENVILLE TX ELEC UTIL SYS REV RFDG B/E CPN | A | Interest | J | T | | | | | |
| 37. -HARRIS CNTY TX TOLL RD SR LIEN NPFG SER A REV B/E PTC CPN | A | Interest | | | Redeemed | 08/15/16 | K | | |
| 38. -HARRIS CNTY TX CULTURAL ED FIN MED REV RFDG MTG BAYLOR A B/E OID | A | Interest | K | T | | | | | |
| 39. -HARRIS CNTY TX CULTURAL FIN MED REV RFDG MTG A BAYLOR B/E OID | A | Interest | J | T | | | | | |
| 40. -HARRIS CNTY TX CULT ED FACS FIN CORP REV RFDG METH HOSP SYS B B/E CPN | A | Interest | J | T | | | | | |
| 41. -HARRIS CNTY TY CULTURAL ED FAC FIN CORP REV RFDG HOSP A B/E OID | A | Interest | K | T | | | | | |
| 42. -HOUSTON TX RFDG PUB IMPT SER A B/E CPN | A | Interest | K | T | | | | | |
| 43. -HOUSTON TX CMNTY CLLG SYS REV RFDG SR LIEN STDNT FEE AGM B/E CPN | A | Interest | J | T | | | | | |
| 44. -HOUSTON TX INDPT SCH DIST RFDG SER B PSF GTD B/E CPN | A | Interest | J | T | | | | | |
| 45. -ILLINOIS DEV FIN AUTH RETIRE REV REGENCY PK B ETM ZER | A | Interest | J | T | | | | | |
| 46. -KATY TX INDPT SCH DIST SER A B/E PSF GTD CPN | A | Interest | | | Redeemed | 02/16/16 | J | | |
| 47. -KATY TX INDPT SCH DIST RFDG SER B B/E PSF GTD CPN | A | Interest | J | T | | | | | |
| 48. -LA JOYA TX INDPT SCH DIST B/E PSF GTD OID | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 49. -LOS ANGELES COMMUNIT COLLEGE DISTRICT 2001 ELECTION SER C NPFG B/E CP | A | Interest | K | T | | | | | |
| 50. -LOS ANGELES CA UNI SCH DIST ELECT 2005 SER E AGM B/E CPN | A | Interest | J | T | | | | | |
| 51. -LUBBOCK TX CTF OBLIG WSTWTR SYS DB AGM B/E CPN | A | Interest | J | T | | | | | |
| 52. -MARBLE FALLS TX CTF OBLIG DB NPFG B/E CPN | A | Interest | J | T | | | | | |
| 53. -MIAMI DADE CNTY FL PUB SVC TAX REV RFDG UMSA IMPT AGM B/E CPN | A | Interest | J | T | | | | | |
| 54. -MISSOURI CITY TX SERS A B/E OID | A | Interest | J | T | | | | | |
| 55. -MISSOURI CITY TX CTF OBLIG SER C DB B/E OID | A | Interest | J | T | | | | | |
| 56. -MORAINE OH SOLID WST XXX SUBMITTED FOR ESCROW REV GM CORP AMT CPN | A | Interest | J | T | | | | | |
| 57. -MORGAN STANLEY SR NOTE CPN | A | Interest | J | T | | | | | |
| 58. -MURRIETA VY CA USD SER A NPFG B/E CAB | A | Interest | J | T | | | | | |
| 59. -NORTH TX MUN WTR DIST SYS REV NPFG MBIA RE B/E PTC CPN | A | Interest | | | Redeemed | 09/01/16 | J | | |
| 60. -PASADENA TX INDPT SCH DIST BLDG B/E PSF GTD CPN | A | Interest | | | Redeemed | 02/16/16 | J | | |
| 61. -PA ST PUB SCH BLDG AUTH LSE REV SCH DIST PHILDELPHIA AGM B B/E CPN | A | Interest | | | Redeemed | 12/01/16 | K | | |
| 62. -PORT AUTHOR TX INDPT SCH DIST ASRD GTY B/E CPN | A | Interest | K | T | | | | | |
| 63. -ROYAL TX INDP SCH DIST SER A B/E OID | A | Interest | K | T | | | | | |
| 64. -SPRING TX INDPT SCH DIST B/E PSF GTD CPN | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 65. -TEXAS ST PUB FIN AUTH REV STEPHEN F. AUSTIN UNIV NPFG B/E PTC CPN | A | Interest | J | T | | | | | |
| 66. -TEXAS ST UNIV SYS REV AGM B/E CPN | A | Interest | | | Redeemed | 03/15/16 | J | | |
| 67. -TEXAS TECH UNIV REV RFDG & IMPT FING 12TH SER B/E CPN | A | Interest | J | T | | | | | |
| 68. -UNIVERSITY HOUSTON TX REV RFDG CONS AGM B/E CPN | A | Interest | J | T | | | | | |
| 69. -UNIVERSITY HOUSTON TX REV RFDG CONS AGM B/E CPN | A | Interest | J | T | | | | | |
| 70. -UNIVERSITY HOUSTON TX REV RFDG CONS SYS SER A B/E OID | A | Interest | K | T | | | | | |
| 71. -UNIVERSITY HOUSTON TX REV RFDG CONS SER A B/E CPN | A | Interest | K | T | | | | | |
| 72. -UNIVERSITY IL REV PREREF AUX FACS SYS NPFG B/E CPN | A | Interest | | | Redeemed | 04/01/16 | J | | |
| 73. -UNIVERSITY NORTH TX REV FING SYS NPFG B/E PTC CPN | A | Interest | | | Redeemed | 04/15/16 | J | | |
| 74. -UNIVERSITY NORTH TX REV RFDG FING SYS SER A B/E PTC CPN | A | Interest | K | T | | | | | |
| 75. Vanguard Rollover IRA | B | Int./Div. | L | T | | | | | |
| 76. -Vanguard 500 Index (VFIAX) | A | Dividend | J | T | | | | | |
| 77. -Vanguard European Stock Index (VEUSX) | A | Dividend | J | T | | | | | |
| 78. -Vanguard Intermediate Bond Fund (VBILX) | A | Interest | J | T | | | | | |
| 79. -Vanguard Prime Money Market (VMMXX) | A | Int./Div. | J | T | | | | | |
| 80. -Vanguard Total Stock Market Index (VTSAX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 81. Vanguard Mutual Fund Account | F | Int./Div. | P1 | T | | | | | |
| 82. -Vanguard Managed Payout Fund (VPGDX) | E | Int./Div. | P1 | T | Buy | 06/24/16 | J | | |
| 83. | | | | | Buy | 06/27/16 | J | | |
| 84. | | | | | Buy | 06/29/16 | J | | |
| 85. | | | | | Buy | 05/05/16 | J | | |
| 86. | | | | | Buy | 05/18/16 | J | | |
| 87. | | | | | Buy | 02/04/16 | J | | |
| 88. | | | | | Buy | 03/11/16 | J | | |
| 89. | | | | | Buy | 03/13/16 | J | | |
| 90. | | | | | Buy | 01/07/16 | J | | |
| 91. | | | | | Buy | 01/13/16 | J | | |
| 92. | | | | | Buy | 01/19/16 | J | | |
| 93. -Vanguard Mun BD Tax Exempt Bond Index EFT (VTEB) | A | Interest | K | T | | | | | |
| 94. -Vanguard Prime Money Market Fund (VMMXX) Sweep Account | A | Interest | M | T | | | | | |
| 95. -IShares U. S. Preferred Stock ETF | A | Dividend | J | T | Buy | 05/13/16 | J | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Norman, Jeffrey P. | 05/23/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Norman, Jeffrey P. | 05/23/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey P. Norman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544